BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| IN RE: APPLE INC. APP STORE SIMULATED CASINO-STYLE GAMES LITIGATION | MDL DOCKET NO. 2985 |
|---|---|
| IN RE: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION | MDL DOCKET NO. 3001 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on June 10, 2025, I caused true and correct copies of the foregoing MDL Plaintiffs' Opposition to Apple Inc.'s and Google LLC's Motion to Transfer For Coordination Pursuant to 28 U.S.C. § 1407 to be served on all parties electronically via ECF.

\*     \*     \*

Dated: June 10, 2025

Respectfully submitted,

By: /s/ *Todd Logan*

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
Brandt Silver-Korn (SBN 323530)
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel.: 415.212.9300
Fax: 415.373.9435

*Plaintiffs' Interim Lead Counsel*
*Plaintiffs' Law and Briefing Counsel*

1